AO 91 (Rev. 11/11) Criminal Complaint

United States Courts Southern
District of Texas
FILED

March 2, 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Justina Leigh GUZMAN (U.S.C. / Y.O.B. 1999)<br><br>*Defendant(s)* | )<br>)<br>) Case No. 7:22-MJ-436-1<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 4, 2022__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 922(a)(6) | It shall be unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed importer, licensed manufacturer, licensed dealer, or licensed collector, knowingly to make any false or fictitious oral or written statement or to furnish or exhibit any false, fictitious, or misrepresented identification, intended or likely to deceive such importer, manufacturer, dealer or collector with respect to any fact material to the lawfulness of the sale or other disposition of such firearm or ammunition under the provisions of this chapter. |

This criminal complaint is based on these facts:

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1. and probable cause:

☑ Continued on the attached sheet.

Reviewed and approved by AUSA Sarina DiPiazza

/S/ Alexander Estrada
*Complainant's signature*

Alexander Estrada, Special Agent, ATF
*Printed name and title*

Date: March 2, 2022 at 8:44 p.m.

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, U.S. Magistrate Judge
*Printed name and title*

This affidavit is in support of a criminal complaint charging Justina Leigh GUZMAN ("GUZMAN") with criminal violations. The evidence available to me demonstrates that there is probable cause that GUZMAN violated Title 18 U.S.C. Section 922(a)(6).

Further, the Affiant states as follows:

On or about March 1, 2022, your Affiant discovered GUZMAN had previously purchased an AK47-type pistol from a Federal Firearms Licensee dealer located in Pharr, Texas. On March 2, 2022, ATF Agents made contact with GUZMAN at her residence and GUZMAN was subsequently interviewed.

During a non-custodial interview of GUZMAN, GUZMAN admitted that she had purchased an AK47-type pistol on behalf of Cristopher TIJERINA. Specifically, while ATF Agents reviewed with GUZMAN the ATF Form 4473 (Firearms Transaction Record) she previously completed on February 4, 2022; GUZMAN admitted to straw purchasing a Romarm/Century Arms Intl., Mini-Draco, 7.62 caliber pistol on behalf of TIJERINA. GUZMAN admitted to lying on question 21(a) of the ATF Form 4473 when she checked the box as the actual buyer of the firearm. In addition to, GUZMAN explained that she was doing a favor for a friend (another co-conspirator) when she straw purchased the firearm for TIJERINA. GUZMAN stated TIJERINA drove her to the FFL dealer and provided the money to straw purchase the aforementioned AK47-type pistol at TIJERINA's request.

As a result, Justina GUZMAN committed an offense against the United States by straw purchasing the firearm, causing, in connection with the acquisition of firearms from licensed dealers, knowingly made false written statements and representations intended or likely to deceive such licensed dealers with respect to facts material to the lawfulness of the sale of such firearm in violation of Title 18 U.S.C. Section 922(a)(6).

The above-mentioned violation occurred in Southern District of Texas.